**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Dennis Edwin McARDLE, Respondent.**

**No. 103 Disciplinary Docket No. 3.
Disciplinary Board No. 12 DB 95.**

Supreme Court of Pennsylvania.

March 6, 1995.

***ORDER***

PER CURIAM:

AND NOW, this 6th day of March, 1995, there having been filed with this Court by Dennis Edwin McArdle his verified Statement of Resignation dated January 11, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in ac-

cordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Dennis Edwin McArdle be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.